NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TOY-LING WASHINGTON, | : |
|  | : Hon. Stanley R. Chesler, U.S.D.J. |
|  | : Civ. A. No. 06-CV-03102 |
| Plaintiff, | : |
|  | :  **ORDER** |
| v. | : |
| TOWNSHIP OF HILLSIDE CITY COUNCIL, et al., | : |
| Defendants. | : |

**CHESLER, District Judge**

This matter comes before the Court upon the motion for summary judgment filed by Defendant Union County Sheriff's Department [docket item #153]. The Court has opted to rule on the motion without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons discussed in the Opinion filed herewith; and for good cause shown,

**IT IS** on this 16th day of February, 2010,

**ORDERED** that the motion for summary judgment filed by Defendant Union County Sheriff's Department [docket item #153], as identified in the Opinion filed herewith, be and hereby is **GRANTED**.

              s/ Stanley R. Chesler

STANLEY R. CHESLER
United States District Judge